UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR05-231-JCC |
| Plaintiff, | |
| v. | DETENTION ORDER |
| JULIE ANDERSON, | |
| Defendant. | |

<u>Offense charged</u>:

Conspiracy to Distribute Marijuana and Methamphetamine

<u>Date of Detention Hearing</u>:   June 15, 2005

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)   Defendant is named in a twenty count indictment that has been brought against certain individuals, some of whom are alleged to be leaders and/or members of the Bandidos Outlaw Motorcycle Organization. Ms. Anderson is not alleged to be a member of that organization, it being represented that women are not allowed to be members. The charges

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 1

15.13
Rev. 1/91

01  against her arise out of allegations that she conspired with two co-defendants, to distribute less
02  than fifty kilograms of a mixture and substance containing marijuana and 50 grams or more of pure
03  methamphetamine.

04  (2) Defendant is not employed. She reports heavy alcohol use and other drug use. She
05  is interested in pursuing treatment for methamphetamine addiction.

06  (3) The defendant is associated with two alias names, one of which she reports is her
07  married name.

08  (4) Pretrial Services has investigated a placement at Pioneer Center North, a secure,
09  inpatient treatment facility. Treatment staff recommend the defendant detox in custody for thirty
10  days and then be released for inpatient treatment. The defendant agrees.

11  (5) The defendant poses a risk of nonappearance based on alcohol and drug use. She
12  poses a risk of danger based on the nature of the offense, her criminal history and use of drugs and
13  alcohol.

14  (6) There does not appear to be any condition or combination of conditions that will
15  reasonably assure the defendant's appearance at future Court hearings while addressing the danger
16  to other persons or the community. A bail review hearing is scheduled for July 13 to evaluate a
17  possible inpatient treatment placement for defendant.

18  It is therefore ORDERED:

19  (1) Defendant shall be detained pending trial and committed to the custody of the
20    Attorney General for confinement in a correction facility separate, to the extent
21    practicable, from persons awaiting or serving sentences or being held in custody
22    pending appeal;

23  (2) Defendant shall be afforded reasonable opportunity for private consultation with
24    counsel;

25  (3) On order of a court of the United States or on request of an attorney for the
26    Government, the person in charge of the corrections facility in which defendant is

confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)   The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 15th day of June, 2005.

                                          Mary Alice Theiler
                                          United States Magistrate Judge