UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: CR05-231-JCC |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| JULIE ANDERSON, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>:

  Conspiracy to Distribute Marijuana and Methamphetamine

<u>Date of Detention Hearing</u>:   June 15, 2005

  The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

  (1)   Defendant is named in a twenty count indictment that has been brought against certain individuals, some of whom are alleged to be leaders and/or members of the Bandidos Outlaw Motorcycle Organization. Ms. Anderson is not alleged to be a member of that organization, it being represented that women are not allowed to be members. The charges

against her arise out of allegations that she conspired with two co-defendants, to distribute less than fifty kilograms of a mixture and substance containing marijuana and 50 grams or more of pure methamphetamine.

(2) Defendant is not employed. She reports heavy alcohol use and other drug use. She is interested in pursuing treatment for methamphetamine addiction.

(3) The defendant is associated with two alias names, one of which she reports is her married name.

(4) Pretrial Services has investigated a placement at Pioneer Center North, a secure, inpatient treatment facility. Treatment staff recommend the defendant detox in custody for thirty days and then be released for inpatient treatment. The defendant agrees.

(5) The defendant poses a risk of nonappearance based on alcohol and drug use. She poses a risk of danger based on the nature of the offense, her criminal history and use of drugs and alcohol.

(6) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community. A bail review hearing is scheduled for July 13 to evaluate a possible inpatient treatment placement for defendant.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is

confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)    The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 15th day of June, 2005.

_____
Mary Alice Theiler
United States Magistrate Judge