1
2
3
4
5

6 **UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
7 **AT SEATTLE**

8 | UNITED STATES OF AMERICA, | NO. CR05-231-JCC
9 | Plaintiff,
10 |
11 | v. | SUMMARY REPORT OF
   |   | U.S. MAGISTRATE JUDGE AS
12 | JULIE LEE ANDERSON, | TO ALLEGED VIOLATIONS
   |   | OF SUPERVISED RELEASE
13 | Defendant.

14
      An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on March 24, 2010.  The United States was represented by Assistant United States Attorney Ye-Ting Woo, and the defendant by Michele Shaw.

      The defendant had been charged and convicted of Conspiracy to Distribute Marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D) and 846.  On or about April 21, 2006, defendant was sentenced by the Honorable John C. Coughenour, to a term of thirty-eight (38) days in custody, to be followed by three (3) years of supervised release.

      The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions.  Special conditions imposed included, but were not limited to, participation in a substance abuse program, financial disclosure, search, alcohol abstinence, no association with known outlaw motorcycle gang members, and 90 days electronic home monitoring.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

In a Petition for Warrant or Summons dated February 24, 2010, U.S. Probation Officer Jerrod Akins asserted the following violation by defendant of the conditions of her supervised release:

(1) Failing to report to the U.S. Probation Office as instructed on January 20, 2010, January 21, 2010, and February 19, 2010, in violation of standard condition No. 2.

The defendant was advised of her rights, acknowledged those rights, and admitted to alleged violation 1.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to violation 1 and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable John C. Coughenour on April 2, 2010 at 11:00 a.m.

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 24th day of March, 2010.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:        Honorable John C. Coughenour
     AUSA:                  Ye-Ting Yoo
     Defendant's attorney:  Michele Shaw
     Probation officer:     Jerrod Akins

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2